Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of machines for making paper or paper pulp and parts thereof similar in all material respects to those the subject of *Bird Machine Company* v. *United States* (51 CCPA 42, C.A.D. 835), the claim of the plaintiff was sustained.

JULY 28, 1965

**No. 69483.**—S. A. Haram & Co., Inc., and B. Westergaard & Co., Inc. v. United States, protests 64/23676 and 64/23917. ▆▆▆▆▆▆▆▆▆▆ Plaintiffs' application for rehearing granted.

JULY 28, 1965

**No. 69484.**—APPEALS 5116 and 5117.—China Liquor Distributing Co. et al. v. United States, and Hulse Import Co. et al. v. United States, ▆▆▆▆▆▆

C.D. 2338 affirmed May 28, 1964. C.A.D. 847. Writ of certiorari denied April 5, 1965, 380 U.S. 962.

**No. 69485.**—APPEALS 5123 and 5124.—China Liquor Distributing Co. et al v. United States, and Hulse Import Co. et al. v. United States, ▆▆▆▆▆

▆▆—C.D. 2338, rehearing dismissed, Abstract 66985. Appeals 5123 and 5124 dismissed May 20, 1965. (Note: C.D. 2338 affirmed in C.A.D. 847, Appeals 5116 and 5117.) See Abstract 69484 for judgment therein.

BEFORE THE FIRST DIVISION, AUGUST 2, 1965

**No. 69486.**—Frank P. Dow Co., Inc., et al. v. United States, protests 58/8018, etc. (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.